**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lindsay Crisp and Ryan Riddle, Defendants,

Of whom Ryan Riddle is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-002220

---

Appeal From Union County
David G. Guyton, Family Court Judge

---

Unpublished Opinion No. 2019-UP-175
Submitted May 6, 2019 – Filed May 13, 2019

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

David E. Simpson, of South Carolina Department of
Social Services, of Rock Hill, for Respondent.

Jonathan Drew Hammond, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Ryan Riddle appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Riddle's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.